UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**THOMAS MICHNOWSKI,**

    **Plaintiff,**                                          **CASE NO.:**

**vs.**

                                                          **DIVISION:**

**UNITED STATES POSTAL SERVICE,**

    **Defendant,**

_____/

## **COMPLAINT**

COMES NOW, the Plaintiff, THOMAS MICHNOWSKI, by and through his undersigned counsel, and sues the Defendant, UNITED STATES POSTAL SERVICE, and shows unto this Honorable Court as follows:

1. This is a claim for damages in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), exclusive of costs and fees.

2. Jurisdiction is proper under Federal Torts Claim Act (FTCA) in the court as the property where the incident occurred was owned by the United States Postal Service at 201 East Lake Ave, Auburndale, Florida.

3. Plaintiff has put Defendant on notice of the incident under the provision of FTCA, 28 U.S.C. 1346(b).

4. At all times material hereto, Defendant, UNITED STATES POSTAL SERVICE., invited members of the public onto the business premises for a profit.

5. That on April 29, 2019, Plaintiff, THOMAS MICHNOWSKI, as a member of the public, entered the property as a business invitee.

6. At all times material hereto, the Defendant, UNITED STATES POSTAL SERVICE., negligently allowed a dangerous condition to remain on their premises in the form of a mail bin that was left on the ground directly behind the Plaintiff, THOMAS MICHNOWSKI. The dangerous condition existed on the Defendant, UNITED STATES POSTAL SERVICE, premises for a sufficient period of time so that the Defendant, UNITED STATES POSTAL SERVICE, by and through its agents, knew or should have known of the dangerous condition.

7. At no time material hereto did the Defendant, UNITED STATES POSTAL SERVICE, remove, repair, or remediate the known dangerous condition.

8. At no time material hereto did the Defendant, UNITED STATES POSTAL SERVICE, warn or notify the Plaintiff, THOMAS MICHNOWSKI, of the known dangerous condition.

9. That the Defendant, UNITED STATES POSTAL SERVICE, had a duty, by and through its agents to keep its business premises in a reasonably safe condition for the protection of all members of the public. The Defendant, , UNITED STATES POSTAL SERVICE's, failure to use reasonable care caused the Plaintiff, THOMAS MICHNOWSKI, to slip and fall.

10. As a result of said negligence, the Plaintiff, THOMAS MICHNOWSKI, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical, nursing, and hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money and aggravation of a previously existing injury. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, THOMAS MICHNOWSKI, sues the Defendant, UNITED STATES POSTAL SERVICE, and claims damages in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), together with costs and respectfully demands a trial by jury.

Dated this **2nd** day of September, 2022.

    /s/ Anthony LoGalbo, Esquire
Anthony LoGalbo, Esquire
WINTERS & YONKER, P.A.
Post Office Box 3342
Tampa, Florida 33601
(813) 223-6200
(813) 223-6900 fax
Florida Bar#: **1015347**
Attorney for Plaintiff
Email: service@wintersandyonker.com