UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS MICHNOWSKI,

 Plaintiff,

v.             Case No. 8:22-cv-2031-KKM-AEP

UNITED STATES POSTAL SERVICE,

 Defendant.
_____

## ORDER

 Plaintiff Thomas Michnowski filed his complaint on September 2, 2022. (Doc. 4.) Under Federal Rule of Civil Procedure 4(m), he was required to serve the United States Postal Service by December 1, 2022. Michnowski did not file proof of service in that time. *See* Local Rule 1.10(a) (requiring a plaintiff file proof of service). Instead, on November 11, 2022, he moved for Clerk's Default. (Doc. 11.) The Magistrate Judge denied his motion without prejudice on November 15, 2022, for failing to prove service. (Doc. 12.) On December 5, 2022, I ordered Michnowski to prove service or show cause by December 12, 2022, why this action should not be dismissed for failure to serve the Defendant within 90 days of the action being filed. (Doc. 13.)

 Watkins then filed an amended motion for Clerk's Default, (Doc. 14), and proof of service upon an agent of the United States Post Office, (Doc. 15). The proof of service did

not include proof that a copy was properly delivered to the United States Attorney or the Attorney General's office. *See* Fed. R. Civ. P. 4(i). The MagistrateJjudge again denied the motion because Michnowski's proof of service failed to meet the requirements for service upon the United States or one of its agencies or corporations. (Doc. 17.) I then ordered Michnowski to complete and provide proof of proper service by December 30, 2022. That order advised Michnowski that, if he did not respond, the "action [would] be dismissed." (*Id.*) Michnowski has not responded. *See* Local Rule 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Therefore, this Court dismisses this action without prejudice for failure to perfect service and for failure to prosecute. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice. . . ."); Local Rule 1.10(d) ("Failure to comply with [the service deadline] can result in dismissal of the claim or action without notice and without prejudice."). Accordingly, the action is **DISMISSED without prejudice.** The Clerk is directed to **TERMINATE** any pending motions and deadlines, **ENTER** judgment in favor of the Defendant, and **CLOSE** this case.

**ORDERED** in Tampa, Florida, on January 3, 2023.

Kathryn Kimball Mizelle
United States District Judge